■ In the Matter of GREGORY GAYLE, Petitioner, v GLENN S. GOORD, as Commissioner of the New York State Department of Correctional Services, et al., Respondents. [673 NYS2d 948] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Commissioner of Correctional Services which found petitioner guilty of violating a prison disciplinary rule.

The Attorney-General has advised this Court that the determination on review has been administratively reversed and all references thereto have been expunged from petitioner's institutional records. Inasmuch as petitioner has received all the relief to which he is entitled, the petition is dismissed as moot (see, Matter of Martin v Henderson, 159 AD2d 867).

Cardona, P. J., Crew III, White, Yesawich Jr. and Peters, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.